JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA WILLIAMS,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>J LORRAINE LLC, et al.,<br><br>　　　　　Defendants. | Case No. CV 25-1213 FMO (BFMx)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 20th day of May, 2025.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge